# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA, *ex rel.*,
TERRY L. MYERS, Relator, Plaintiff,
and STATE OF FLORIDA, *ex rel.*,
TERRY L. MYERS,

        Plaintiff,

v.

SHANDS HEALTHCARE D/B/A SHANDS
AGH, SHANDS JACKSONVILLE HEALTHCARE
INC., SHANDS JACKSONVILLE MEDICAL
CENTER, INC., SHANDS TEACHING HOSPITAL
AND CLINICS, INC. A/K/A SHANDS AT THE
UNIVERSITY OF FLORIDA, SHANDS AT
LAKESHORE, INC., SHANDS LIVE OAK,
SHANDS STARKE,

        Defendants.
_____/

Civ. Case Action No. 3:08-cv-441-J-34PDB

## NOTICE OF SETTLEMENT

    Relator hereby give notice that the Parties (Relator and Defendants) have reached a settlement in principle of this action, subject to the execution of a mutually agreeable settlement agreement and approval by the United States and the State of Florida

Respectfully submitted,

| | |
|---|---|
| s/ Christopher Casper | s/ Marlan B. Wilbanks |
| Christopher Casper | Marlan B. Wilbanks (admitted *pro hac vice*) |
| Florida Bar No. 048320 | WILBANKS & BRIDGES, LLP |
| JAMES, HOYER, NEWCOMER, | 3414 Peachtree Road, Suite 1075 |
|    & SMILJANICH, P.A. | Atlanta, GA 30326 |
| One Urban Centre, Suite 550 | Telephone: (404) 842-1075 |
| 4830 West Kennedy Blvd. | Fax: (404) 842-0559 |
| Tampa, FL 33609-2589 | Email: mbw@wilbanks-bridges.com |
| Telephone: (813) 397-2300 | |
| Fax: (813) 397-2310 | *Counsel for Relator* |
| Email: ccasper@jameshoyer.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2014, the foregoing was filed via the Middle District CM-ECF system and will be served on all counsel of record via e-notification.

                                                        s/ Christopher Casper