**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA, *ex rel.*,
TERRY L. MYERS, Relator, Plaintiff,
and STATE OF FLORIDA, *ex rel.*,
TERRY L. MYERS,

                              Civ. Case Action No. 3:08-cv-441-J-34PDB

        Plaintiff,

v.

SHANDS HEALTHCARE D/B/A SHANDS
AGH, SHANDS JACKSONVILLE HEALTHCARE
INC., SHANDS JACKSONVILLE MEDICAL
CENTER, INC., SHANDS TEACHING HOSPITAL
AND CLINICS, INC. A/K/A SHANDS AT THE
UNIVERSITY OF FLORIDA, SHANDS AT
LAKESHORE, INC., SHANDS LIVE OAK,
SHANDS STARKE,

        Defendants.
_____/

**RELATOR'S NOTICE OF EXECUTION**
**OF SETTLEMENT AGREEMENT**

      Relator Terry L. Myers hereby gives notice that the settlement agreement resolving all remaining claims in this action has been finalized and executed by all Parties. Pursuant to the terms of the settlement agreement the Parties will file a stipulation of dismissal within 7 days once disbursement of the settlement proceeds is confirmed.

Respectfully submitted,

s/ Christopher Casper
Christopher Casper
Florida Bar No. 048320
JAMES, HOYER, NEWCOMER,
    & SMILJANICH, P.A.
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589
Telephone: (813) 397-2300
Fax: (813) 397-2310
Email: ccasper@jameshoyer.com

*Counsel for Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2014, the foregoing was filed via the Middle District CM-ECF system and will be served on all counsel of record via e-notification.

      s/ Christopher Casper