# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA, ex rel.,
TERRY L. MYERS, Relator, Plaintiff,
and STATE OF FLORIDA, ex rel.,
TERRY L. MYERS,

       Plaintiff,

vs.                                          CASE NO. 3:08-cv-441-J-34PDB

SHANDS HEALTHCARE d/b/a SHANDS
AGH, et al.,

       Defendants.
_____

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Dkt. No. 28; Stipulation) filed on June 11, 2014. In the Stipulation, the parties request dismissal of this matter. See Stipulation at 1. Accordingly, it is hereby **ORDERED**:

1. The remaining claims as to the Relator are **DISMISSED with prejudice**.

2. The claims related to the Covered Conduct, as defined in Paragraph D of the parties' Settlement Agreement, as to the United States and the State of Florida are **DISMISSED with prejudice**.

3. All other claims of the United States and the State of Florida are **DISMISSED without prejudice**.

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of June, 2014.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record